IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM, | No. CIV S-08-2094-WBS-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| M CATE, et al., | |
| Respondents. | |
| _____/ | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 2). Petitioner also seeks the appointment of counsel (Doc. 7). Petitioner's petition will be addressed separately.

   Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. His request to proceed in forma pauperis will be granted.

   As to his request for the appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any

stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  However, this finding is without prejudice to petitioner's ability to renew this request at a later date.

        Accordingly, IT IS HEREBY ORDERED that:

        1.   Petitioner's motion for leave to proceed in forma pauperis (Doc. 2) is granted; and

        2.   Petitioner's motion for appointment of counsel (Doc. 7) is denied without prejudice to renewal at a later date.

DATED:  December 24, 2008

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE